**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000840**
**14-MAR-2017**
**08:08 AM**

NO. CAAP-16-0000840

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
ERIC ROBISON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTA-16-00984)

ORDER APPROVING THE FEBRUARY 22, 2017
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed February 22, 2017, by Defendant-Appellant Eric Robison (Appellant), it appears that (1) the appeal was docketed on January 24, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal and bear their own costs and attorneys' fees on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) the stipulation includes Appellant's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, March 14, 2017.

Presiding Judge

Associate Judge

Associate Judge